# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 20-7053

September Term, 2020

1:20-cv-01155-UNA

**Filed On:** December 3, 2020

Brud Rudolph Rossman, Esquire,

      Appellant

    v.

Elizabeth Wingo, Judge, D.C. Superior Court
D.C. Courthouse, et al.,

      Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Rogers and Walker, Circuit Judges; Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs and appendix filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed May 27, 2020, be affirmed. The district court correctly concluded that it lacks subject matter jurisdiction over appellant's complaint. See Gray v. Poole, 275 F.3d 1113, 1119 (D.C. Cir. 2002) ("The Rooker-Feldman doctrine prevents lower federal courts from hearing cases that amount to the functional equivalent of an appeal from a state court.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

              **FOR THE COURT:**
              Mark J. Langer, Clerk

      BY:    /s/
              Michael C. McGrail
              Deputy Clerk